

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 2-08-020-CV**

TAYLOR CHERYL LORETTA HUDSON                    APPELLANT

V.

JAMES NICHOLAS HUDSON                            APPELLEE

----------

### FROM THE 325th DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion For Dismissal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL D: GARDNER, WALKER, and MCCOY, JJ.

---

[1] *See* TEX. R. APP. P. 47.4.

DELIVERED:  April 17, 2008